UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO PIZANA,<br>　　　　　Plaintiff,<br>　　v.<br>EL PALENQUE GRILL, LLC., et al.,<br>　　　　　Defendants. | Case No. 23-cv-02742-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 14 |

　　　　This action was scheduled for a case management conference on September 11, 2023 at 1:30 p.m. Defendant Veronica Garcia, *pro se*, failed to appear at the case management conference in violation of this Court's orders and Northern District Civil Local Rule 16-10(c). Additionally, Defendant Garcia failed to participate in the joint case management statement submitted by Plaintiff on August 30, 2023, again in violation of Local Rules. Accordingly, the Court HEREBY ORDERS Defendant TO SHOW CAUSE why a sanction of $50 should not be imposed on Defendant. Defendant Veronica Garcia shall file a written response to this Order to Show Cause by no later than October 6, 2023.

　　　　The case management conference is hereby CONTINUED to October 23, 2023. Parties are ordered to file a joint case management statement by October 16, 2023. If Defendant Garcia fails to respond to the order to show cause and to participate in the case management conference, the Court will entertain a motion for terminating sanctions by Plaintiff.

　　　　The Court ADVISES Defendant that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se*

litigants (https://perma.cc/6NL7-U9U7).  The Court further advises Defendant that she also may wish to seek assistance from the Legal Help Center.  Defendant may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: September 11, 2023


SALLIE KIM
United States Magistrate Judge